In the Matter of MARY MARIA SCHON and EMMA VON-SALZEN for a Compulsory Accounting in the Estate of HENRY LOTZ, Deceased.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent, payable out of the estate. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of Proving the Last Will and Testament of GEORGE GOLDBLATT, Deceased. EDYTHE B. KAPLAN, Appellant; WILLIAM W. GOLDBLATT, Executor, and MAX GETZ, General Guardian of CARLTON GETZ, an Infant, Respondents. — Order unanimously affirmed, with twenty dollars costs and disbursements to respondent William W. Goldblatt, executor. No opinion. Present — Martin P. J., Townley, Glennon, Untermyer and Dore, JJ.

STANLEY KERES and AIMEE KERES, Respondents, v. MACFADDEN PUBLICATIONS, INC., Appellant, Impleaded with Others.— Order unanimously modified by striking out the second and third causes of action, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

VIOLET E. HAMILTON HESS, Respondent, v. NATHANIEL J. HESS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

W. & B. HOSIERY CORP., Landlord-Appellant, v. MORRIS A. KAPPLOW, Tenant-Respondent.— Determination unanimously affirmed, with costs and disbursements, and judgment absolute directed in favor of the tenant and against the landlord, pursuant to the stipulation dated April 10, 1936, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BROOKS DENHARD SURGICAL INSTRUMENT COMPANY, INC., Respondent, v. AUGUSTUS C. BRUHNKE, Defendant, Impleaded with BARNETT L. SILVER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

M. H. TREADWELL COMPANY, INC., Respondent, v. UNITED STATES FIDELITY & GUARANTY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SIMONS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THEKLA REARDON, Respondent, v. WILLIAM PIERRE STYMUS, JR., Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EDWIN P. LAMPHIER, JR., on Behalf of Himself and All Other Present and Past Employees of Underwriters Trust Company Similarly Situated, Appellant, v. UNDERWRITERS TRUST COMPANY and Others, Respondents.— Order so far as appealed from and the judgment entered thereon unanimously reversed, with costs, and the motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.